UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRIAN SIZEMORE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN INTERPRETERS & TRANSLATORS, INC. a business entity of unknown form, MONICA LEU, an individual, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.:  2:12-cv-00436-DSF-JCG<br><br>HONORABLE DALE S. FISCHER<br>Courtroom 840<br><br>**ORDER ON JOINT STIPULATION TO DISMISS PLAINTIFF'S NINTH CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND TENTH CAUSE OF ACTION FOR DECLARATORY RELIEF, AS SET FORTH IN PLAINTIFF'S FIRST AMENDED COMPLAINT FILED FEBRUARY 14, 2012**<br><br>[Filed concurrently with Stipulation]<br><br>Action Filed:  November 21, 2011<br>Discovery Cutoff: November 26, 2012<br>Final Pretrial Conf.: January 7, 2013<br>Trial Date: January 29, 2013 |

4847-8861-3391.1

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS PLAINTIFF'S NINTH CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND TENTH CAUSE OF ACTION FOR DECLARATORY RELIEF

1   The Court accepts the stipulation between Plaintiff Brian Sizemore and
2   Defendants Metropolitan Interpreters & Translators, Inc. and Monica Leu, and
3   orders that Plaintiff Brian Sizemore's ninth cause of action for Intentional Infliction
4   of Emotional Distress and tenth cause of action for Declaratory Relief, as set forth in
5   the First Amended Complaint filed on February 14, 2012, be dismissed without
6   prejudice as to both defendants.   The Motion to Dismiss is off calendar.

7   **IT IS SO ORDERED.**

9   DATED: _4/4/12

   *[signature: Dale S. Fischer]*

   HON. DALE S. FISCHER
   United States District Judge

4847-8861-3391.1

2

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS PLAINTIFF'S NINTH CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND TENTH CAUSE OF ACTION FOR DECLARATORY RELIEF